JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jose Alexander Escobar,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Does I through XX, inclusive; and ROE Business Entities I through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01419-CDS-DJA<br><br>**Stipulation to Extend Joint Pretrial Order Deadline**<br><br>**(First Request)** |

　　　　Plaintiff Jose Alexander Escobar and Defendant United States of America, by and through their undersigned counsel, hereby agree and stipulate to extend the deadline to file the joint pretrial order from July 7, 2023, to August 7, 2023.  This is the first request to extend the deadline for the joint pretrial order.

　　　　Discovery closed in this matter on May 8, 2023.  The joint pretrial order is currently due on July 7, 2023.  The reason for this stipulation is that the parties are currently in settlement discussions, and the joint pretrial order will be unnecessary if the parties reach a settlement in this case.

//

//

//

//

For the foregoing reasons, the parties stipulate to extend the deadline for the joint pretrial order to August 7, 2023.

Respectfully submitted this 16th day of June 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | LADAH LAW FIRM |
| /s/ Stephen R. Hanson II<br>Stephen R. Hanson II<br>Assistant United States Attorney | /s/ Alia A. Najjar<br>Alia A. Najjar<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2023