**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
**LADAH LAW FIRM**
517 South Third Street
Las Vegas, NV 89101
T 702.252.0055
F 702.248.0055
litigation@ladahlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALEXANDER ESCOBAR,<br><br>   Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>   Defendant | Case No: 2:22-cv-01419-CDS-DJA<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF JOINT PRE-TRIAL ORDER DEADLINE**<br><br>**(Second Request)**<br><br>**[ECF No. 14]** |

Plaintiff Jose Alexander Escobar and Defendant United States of America, by and through their undersigned counsel, hereby agree and stipulate to extend the deadline to file the joint pretrial order from August 7, 2023, to September 7, 2023. This is the second request to extend the deadline for the joint pretrial order. The basis for the requested extension is set forth below in the Declaration of Daniel C. Tetreault, Esq., counsel for Plaintiff Jose Alexander Escobar.

Discovery closed in this matter on May 8, 2023. The joint pretrial order is currently due on July 7, 2023. The reason for this stipulation is that the parties are currently in settlement

1

discussions, and the joint pretrial order will be unnecessary if the parties reach a settlement in this case.

**DECLARATION OF DANIEL C. TETREAULT, ESQ IN SUPPORT OF REQUEST TO CONTINUE DEADLINE FOR JOINT PRE-TRIAL ORDER**

DANIEL C. TETREAULT, ESQ., being first duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the State of Nevada, and in the federal District Court in and for the District of Nevada. I am counsel for Plaintiff, JOSE ALEXANDER ESCOBAR, in Case No. 2:22-cv-01419-CDS-DJA, and I have personal knowledge of the facts offered herein;

2. I joined Plaintiff's law firm on July 17, 2023. Since that time, I was been actively getting familiarized with the facts and procedural postures of the respective case load assigned to me;

3. One of those cases was the instant matter, styled as *Escobar v. United States*. It is my understanding that there were active settlement discussions between the United States and former counsel for Plaintiff;

4. I have been in contact with counsel for the United States, Stephen Hanson, regarding the current posture of settlement discussions, and I have been actively attempting to contact and convey the offer to Plaintiff in an attempt to determine whether this matter may be resolved;

5. Therefore, the parties respectfully request an additional thirty (30) day extension to the deadline to file the Joint Pre-Trial Order, until **September 7, 2023**.

6. That I make this Declaration under penalty of perjury and attest to the truth of all matters stated herein.

FURTHER DECLARANT SAYETH NAUGHT.

DATED this 3rd day of August 2023.

      /s/ Daniel C. Tetreault
**DANIEL C. TETREAULT, ESQ.**

2

For the foregoing reasons, the parties stipulate to extend the deadline for the joint pretrial order to **September 7, 2023**.

Respectfully submitted this 3rd day of August 2023.

DATED this 3rd day of August 2023.                    DATED this 3rd day of August 2023.

**LADAH LAW FIRM**                                     **JASON M. FRIERSON**
                                                       United States Attorney

/s/ Ramzy P. Ladah                                     /s/ Stephen R. Hanson II
_____                             _____
**RAMZY P. LADAH, ESQ.**                               **STEPHEN R. HANSON II, ESQ.**
Nevada Bar No. 11405                                   *Assistant United States Attorney*
**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 4, 2023

3