**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
**LADAH LAW FIRM**
517 South Third Street
Las Vegas, NV 89101
T 702.252.0055
F 702.248.0055
litigation@ladahlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALEXANDER ESCOBAR,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants | Case No: 2:22-cv-01419-CDS-DJA<br><br>**ORDER APPROVING NOTICE OF SETTLEMENT AND SETTING STATUS CHECK**<br><br>(~~Third Request~~) |

    Plaintiff Jose Alexander Escobar and Defendant United States of America, by and through their undersigned counsel, hereby Notify the Court that a settlement has been reached in this case. The parties therefore jointly request that the current trial date and trial related deadlines be vacated.

    The parties anticipate the settlement documents and Stipulation to Dismiss will be filed within the next sixty (60) days.

. . .

. . .

. . .

. . .

1

On or before November 21, 2023, the parties will file a stipulation for dismissal or a status report.

Respectfully submitted this 21st day of September 2023.

DATED this 21st day of September 2023.   DATED this 21st day of September 2023.

**LADAH LAW FIRM**   **JASON M. FRIERSON**
United States Attorney

/s/ Ramzy P. Ladah
_____   /s/ Stephen R. Hanson II
**RAMZY P. LADAH, ESQ.**   _____
Nevada Bar No. 11405   **STEPHEN R. HANSON II, ESQ.**
**DANIEL C. TETREAULT, ESQ.**   Assistant United States Attorney
Nevada Bar No. 11473
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties must appear for a status check on **November 21, 2023, at 10:00 a.m.** in LV Courtroom 6B. The hearing will be vacated upon the filing of settlement documents before that date.

_____
United States District Judge

Dated: September 25, 2023

2