JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jose Alexander Escobar,<br><br>       Plaintiff,<br><br>     v.<br><br>United States of America; Does I through XX, inclusive; and ROE Business Entities I through XX, inclusive,<br><br>       Defendants. | Case No. 2:22-cv-01419-CDS-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

      Plaintiff and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

      Respectfully submitted this 22nd day of April 2024.

| | |
|---|---|
| LADAH LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Daniel C. Tetreault<br>RAMZY P. LADAH<br>DANIEL C. TETREAULT<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  4/22/2024